**Bobby M. LINDER, Plaintiff–Appellant,**

v.

**C.L. MILLER; Randy Hardy, Captain; Major Brown; Tony Fisher, Chief, Defendants–Appellees.**

No. 03–6812.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 17, 2003.

Bobby M. Linder, Appellant Pro Se. James Dean Jolly, Jr., LOGAN, JOLLY & SMITH, L.L.P., Anderson, South Carolina, for Appellees.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM:

Bobby M. Linder appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Linder v. Miller,* No. CA–02–1885–7–20 (D.S.C. Apr. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*